IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN VAUGHAN,

        Plaintiff,                        No. CIV S-10-2962 EFB P

    vs.

J. NEPOMUCENO, et al.,

        Defendants.              ORDER

                                 /

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent. He may comply with this requirement by having prison officials complete and sign the "Certificate" portion of the form application for leave to proceed *in forma pauperis*.

1

1       Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement. Failure to comply with this order will result in a
3 recommendation that this action be dismissed. The Clerk of the court is directed to send to
4 plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
5       So ordered.
6 DATED: November 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE